368 A.2d 1261
**In re ESTATE of Andrew HUMPHREY, Deceased.**

**Appeal of Marian NARCUM.**

Supreme Court of Pennsylvania.

Submitted Nov. 17, 1975.

Decided Jan. 28, 1977.

Blythe H. Evans, Jr., Wilkes-Barre, for appellant.

Albert N. Danoff, Wilkes-Barre, for appellee, Celia Humphrey.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM:

Motion to quash appeal denied, and decree affirmed. See *Estate of Stanley*, 470 Pa. 483, 368 A.2d 1259 (1977).

Costs on appellant.